ZENIA K. GILG, SBN 171922
809 Montgomery Street, 2nd Floor
San Francisco CA 94133
Telephone: 415/394-3800
Facsimile: 415/394-3806

Attorney for Defendant
KENI RENTA

DANNY B. SCHULTZ, SBN 196232
809 Montgomery Street, 2nd Floor
San Francisco CA 94133
Telephone: 415/394-3800
Facsimile: 415/394-3806

Attorney for Defendant
JAUWON WILDER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:12-CR-00124 |
|     Plaintiff, | STIPULATION AND ORDER TO RESCHEDULE THE |
|   v. | STATUS CONFERENCE |
| KENI RENTA, JAUWON WILDER, | |
|     Defendants. | |
| _____/ | |

    THE PARTIES HEREBY STIPULATE AND AGREE that the status conference presently set for May 17, 2012, shall be continued to May 24, 2012.

    It is further stipulated and agreed between the parties that time be excluded until the requested hearing date on May 24, 2012, under local code T4, preparation of counsel.

1

A plea agreement has recently been provided by the government which is presently under consideration; however, counsel for defendants would like additional time to review the provisions of the plea agreement with their respective clients, including reviewing the factual basis against the discovery to ensure the pleas are the best interests of the defendants and consistent with the discovery provided by the government. The parties expect that any resulting issues or concerns can be resolved before May 24, 2012 and therefore expect that that date may be a change of plea hearing rather than status conference. The parties will advise the Court of such a development in advance of May 24, 2012.

Respectfully Submitted,

/S/JEAN HOBLER
JEAN HOBLER
Assistant U.S. Attorney
Dated: May 11, 2012

/S/ZENIA K. GILG
ZENIA K. GILG
Attorney for Defendant
KENI RENTA
Dated: May 11, 2012

/S/DANNY B. SCHULTZ
DANNY B. SCHULTZ
Attorney for Defendant
JAUWON WILDER
Dated: May 11, 2012

///
///
///
///

**ORDER**

Based on the parties' representations, the Court finds that the ends of justice served by the requested continuance outweigh the interests of the defendants and the public in a speedy trial. The status conference in this matter is accordingly continued to May 25, 2012 at 9:00 a.m. Time between May 17, 2012 and May 24, 2012 shall be excluded pursuant to 18 U.S.C. section 3161(h)(7)(A) and (B)(iv) and Local Code T4.

**IT IS SO ORDERED.**

Dated: May 18, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

3